DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**VIRGINIA PARENTEAU,**
Appellant,

v.

**LEONARD PARENTEAU,**
Appellee.

No. 4D14-2309

[October 14, 2015]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Barbara W. Bronis, Judge; L.T. Case No. 11-4086 DR.

William T. Hess of Hess & Heathcock, P.A., Stuart, for appellant.

No appearance for appellee.

PER CURIAM.

Virginia Parenteau, the ex-wife, seeks review of the Final Judgment of Dissolution of Marriage, arguing the trial court miscalculated the value of the distribution of assets to her ex-husband. Because the ex-wife did not preserve her argument for appeal, we affirm. However, we do so without prejudice to the ex-wife to file a motion for relief from judgment to cure any perceived mathematical errors. Fla. R. Civ. P. 1.540(a).

*Affirmed without prejudice.*

STEVENSON, GROSS and TAYLOR, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***